*United States Bankruptcy Court*

*District of Massachusetts*

## *PRO SE CLERK*

## *BANKRUPTCY ASSISTANCE FOR PRO SE FILERS*

---

You have filed a case in the U.S. Bankruptcy Court for the District of Massachusetts without an attorney representing you. You are *pro se*. As a *pro se* debtor, you may get information about the bankruptcy process and the filing requirements from the Pro Se Clerk. The Pro Se Clerk can answer some basic bankruptcy questions.

The Pro Se Clerk can give information, but <u>not</u> legal advice. No one from the Clerk's office can provide legal advice. Should you need legal representation, referrals can be made to an appropriate service. In fact, you are encouraged to consult the Pro Se Clerk regarding a referral. Bankruptcy is a complicated process with long–term financial consequences. If you fail to file all of the required documents, your case can be dismissed, which will cause you to forfeit rights. Also, re–opening or re–filing is costly!

### **TELEPHONE NUMBERS FOR THE PRO SE CLERK**

| **Boston** | **Worcester** | **Springfield** |
|---|---|---|
| John W. McCormack Post Office and Court House | Donahue Federal Building | United States Courthouse |
| 5 Post Office Square, Suite 1150 | 595 Main Street | 300 State Street |
| Boston, MA 02109–3945 | Worcester, MA 01608–2076 | Springfield, MA 01105–2925 |
| (617) 748–5351 | (508) 770–8925 | (413) 785–6892 |

Also by email: **prose@mab.uscourts.gov**

If you reach voice mail, please leave a message and your call will be returned. Please be sure to leave a telephone number and your case number.

For more information about the Pro Se Clerk, click the "Debtor Information" link on the U.S. Bankruptcy Court's webpage at **www.mab.uscourts.gov**.