U.S. Bankruptcy Court
District of Massachusetts

In Re:  Case No: 18-30099 EDK
Chapter 7

David Anthony Caputo

Debtor

Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of February 15, and the Debtor having failed to file the missing documents timely, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: February 21, 2018

*[signature]*
_____
Bankruptcy Judge

cc:   Debtor
      Debtor's Counsel
      Trustee